# United States District Court

### District of Delaware

COXCOM, INC.,

        Plaintiff,

v.

USA VIDEO TECHNOLOGY CORP.,

        Defendant

**SUMMONS IN A CIVIL ACTION**

**CASE NUMBER: 06-394**

TO: (Name and Address of Defendant)

USA VIDEO TECHNOLOGY CORP.
C/O Registered Agency Services, Inc.
2120 Carey Avenue
Cheyenne, WY 82001

USA VIDEO TECHNOLOGY CORP.
C/O Edwin Molina, Registered Agent
70 Essex Street
Mystic, CT 06355

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard L. Horwitz, Esq. (#2246)
Kenneth L. Dorsney, Esq. (#3726)
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19899
(302) 984-6000

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO              6/20/06
CLERK                                            DATE
BY DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE | June 20, 2006 |
|---|---|---|
| NAME OF SERVER (PRINT) Stuart Perlmutter | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

- [x] Served personally upon the defendant. Place where served:

   5 Ridge Street, Groton, CT.

- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

- [ ] Returned unexecuted:

- [ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __6/21/06__
Date

Signature of Server

105 Haddad Road
Waterbury, CT. 06708
Address of Server

73771

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.