UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

CASE NO.: 06-394

AFFIDAVIT OF NON-SERVICE

**Coxcom, Inc.**

VS.

**USA Video Technology Corp.**

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN    ss.

**Stuart Perlmutter**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action.

After a careful inquiry and due diligence, I have been unable to effect service upon **USA Video Technology Corp. C/O Edwin Molina, Registered Agent** at **70 Essex Street, Mystic, CT 06355**

| DATE &TIME | REMARKS: |
|---|---|
| 06/20/2006-04:30 PM | This company is no longer located at this address. Database search provided a residence address of 84 E. Shore Ave., Groton, CT. |

The undersigned declares under penalty of perjury that the foregoing is true, correct and my free act and deed.

X _____
Stuart Perlmutter

Date: 6/21/06

Sworn to and subscribed before me this
21 day of June, 2006
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: 12/31/08

Client File#:  -  Our File# 26770

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

CASE NO.: 06-394

## AFFIDAVIT OF NON-SERVICE

**Coxcom, Inc.**

vs.

**USA Video Technology Corp.**

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN    ss.

**Stuart Perlmutter**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action.

After a careful inquiry and due diligence, I have been unable to effect service upon **USA Video Technology Corp. C/O Edwin Molina, Registered Agent** at **84 E. Shore Avenue, Groton, CT 06340**

| DATE &TIME | REMARKS: |
|---|---|
| 06/20/2006-08:00 PM | Edwin Molina no longer lives at this address per current tenant. He moved approximately six weeks ago. I was given a current address at 5 Ridge Street, Groton, CT |

The undersigned declares under penalty of perjury that the foregoing is true, correct and my free act and deed.

X _____
Stuart Perlmutter

Sworn to and subscribed before me this _21_ day of _June_, 20_06_ by an affiant who is personally known to me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: _12/31/08_

Date: _6/21/06_

Client File#:  - Our File# 26771