IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COXCOM, INC. | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | C. A. No. 1:06-cv-00394-KAJ |
| USA VIDEO TECHNOLOGY CORP. | § | Jury Trial Demanded |
| | § | |
| | § | |
| Defendant. | § | |

**UNOPPOSED MOTION TO ENLARGE TIME FOR DEFENDANT
USA VIDEO TECHNOLOGY CORP. TO RESPOND TO
COXCOM, INC.'S COMPLAINT**

Defendant USA Video Technology Corporation ("USVO") moves the Court for an order to enlarge the time for USVO to answer and/ or otherwise respond to Coxcom, Inc. ("Coxcom"'s) complaint.

The parties have agreed to a 30 day extension for USVO to answer the Complaint. USVO respectfully requests the Court to grant this unopposed motion to enlarge the time for USVO to answer and/or otherwise respond to Coxcom's complaint. A proposed Order granting the relief sought is included herewith for the convenience of the Court.

Respectfully submitted,

Edward W. Goldstein
Goldstein, Faucett & Prebeg, LLP
1177 West Loop South, Suite 400
Houston, Texas 77027
(713) 877-1515 – Telephone
(713) 877-1737 – Facsimile

                                                      Attorney in Charge for
                                                      USVO

OF COUNSEL:

Corby R. Vowell
Alisa A. Lipski
Goldstein, Faucett & Prebeg, LLP
1177 West Loop South, Suite 400
Houston, Texas 77027
(713) 877-1515 – Telephone
(713) 877-1737   Facsimile

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served by facsimile and U.S. mail on the counsel listed below.

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

                                                     Edward W. Goldstein

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COXCOM, INC. | § § § | |
| Plaintiff, | § § | |
| vs. | § § | C. A. No. 1:06-cv-00394-KAJ |
| USA VIDEO TECHNOLOGY CORP. | § § § | Jury Trial Demanded |
| Defendant. | § § | |

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 10, 2006, I conferred with Mitchell Stockwell, counsel for Coxcom, and he does not oppose USVO's Motion to Enlarge Time for Defendant USVO to Respond to Coxcom's Complaint.

_____
Edward W. Goldstein

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COXCOM, INC. | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | C. A. No. 1:06-cv-00368-KHJ |
| USA VIDEO TECHNOLOGY CORP. | § | Jury Trial Demanded |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER EXTENDING DEFENDANT USA VIDEO TECHNOLOGY CORP.'S
DEADLINE TO RESPOND TO COMPLAINT**

The Court, having considered the Unopposed Motion to Enlarge Time For Defendant USA Video Technology Corporation ("USVO") to Coxcom, Inc.'s Complaint, finds that the relief sought should be granted. The Court therefore GRANTS the motion.

IT IS HEREBY ORDERED that Defendant USVO shall answer and/or otherwise respond to Coxcom, Inc.'s Complaint by 30 days.

Signed this ___ day of _____ 2006.

_____
HON. KENT JORDAN
UNITED STATES DISTRICT JUDGE