IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COXCOM, INC. | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | C. A. No. 1:06-cv-00368-KHJ |
| USA VIDEO TECHNOLOGY CORP. | § | Jury Trial Demanded |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER EXTENDING DEFENDANT USA VIDEO TECHNOLOGY CORP.'S
DEADLINE TO RESPOND TO COMPLAINT**

The Court, having considered the Unopposed Motion to Enlarge Time For Defendant USA Video Technology Corporation ("USVO") to Coxcom, Inc.'s Complaint, finds that the relief sought should be granted. The Court therefore GRANTS the motion.

IT IS HEREBY ORDERED that Defendant USVO shall answer and/or otherwise respond to Coxcom, Inc.'s Complaint by 30 days.

Signed this 11th day of July 2006.

_____
HON. KENT JORDAN
UNITED STATES DISTRICT JUDGE