IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COXCOM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-394-KAJ |
| v. | ) |
| | ) |
| USA VIDEO TECHNOLOGY CORP., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for plaintiff CoxCom, Inc. to file and serve its Answering Brief in Opposition to Defendants' Motion to Dismiss Based Upon First-Filed Action or to Stay or Transfer (D.I. 10) is extended until September 13, 2006.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

_____
William M. Lafferty (#2755)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
wlafferty@mnat.com
rsmith@mnat.com
   Attorneys for Plaintiff

MORRIS JAMES HITCHENS & WILLIAMS, LLP

*/s/ Richard K. Herrmann*

_____
Richard K. Herrmann (#405)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
   Attorneys for Defendant

SO ORDERED this ___ day of August 2006.

_____
United States District Court Judge

533888