IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COXCOM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-394-KAJ |
| v. | ) |
| | ) |
| USA VIDEO TECHNOLOGY CORP., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for plaintiff CoxCom, Inc. to file its reply to defendant's counterclaims is extended until September 13, 2006.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP       MORRIS JAMES HITCHENS & WILLIAMS, LLP

*/s/ Rodger D. Smith II*       */s/ Mary B. Matterer*
_____       _____
William M. Lafferty (#2755)       Richard K. Herrmann (#405)
Rodger D. Smith II (#3778)       Mary B. Matterer (#2696)
1201 N. Market Street       222 Delaware Avenue, 10th Floor
P.O. Box 1347       Wilmington, DE  19801
Wilmington, DE  19899       (302) 888-6800
(302) 658-9200       rherrmann@morrisjames.com
wlafferty@mnat.com       mmatterer@morrisjames.com
rsmith@mnat.com          Attorneys for Defendant
   Attorneys for Plaintiff

SO ORDERED this ___ day of August 2006.

_____
United States District Court Judge

535355