IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COXCOM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-394-*** |
| v. | ) |
| | ) |
| USA VIDEO TECHNOLOGY CORP. | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Coxcom, Inc. ("Coxcom") and USA Video Technology Corporation ("USVO"), through their undersigned counsel, hereby stipulate and agree that all claims and counterclaims that were or could have been asserted by Coxcom and USVO in relation to U.S. Patent No. 5,130,792 in this action are dismissed without prejudice.

This _____ day of January 2007.

MORRIS, NICHOLS, ARSHT &TUNNELL LLP        MORRIS JAMES LLP

*/s/ Rodger D. Smith II*  
Rodger D. Smith II (#3778)  
1201 N. Market Street  
P.O. Box 1347  
Wilmington, Delaware  19899-1347  
(302) 658-9200  
rsmith@mnat.com  
  Attorneys for Plaintiff Coxcom, Inc.

*/s/ Richard K. Herrmann*  
Richard K. Herrmann (#405)  
500 Delaware Avenue, Suite 1500  
P.O. Box 2306  
Wilmington, Delaware  19899-2306  
(302) 888-6800  
rherrmann@morrisjames.com  
  Attorneys for Defendant USA Video  
  Technology Corporation, Inc.

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Mitchell G. Stockwell<br>KILPATRICK STOCKTON LLP<br>1100 Peachtree Street, N.E.<br>Suite 2800<br>Atlanta, Georgia  30309-4530<br>(404) 815-6500<br>mstockwell@kilpatrickstockton.com | Edward W. Goldstein<br>GOLDSTEIN, FAUCETT & PREBEG, L.L.P.<br>117 West Loop South, Fourth Floor<br>Houston, Texas  77027<br>(713) 877-1515<br>egoldstein@gfpiplaw.com |